FILED

JAN 20 1999

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

Gold, et al.

    Plaintiff(s),

    v.

Pitofsky, et al.

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

NO. SA CV 98-961 -LHM(EEx)(ANx)

ORDER OF DISMISSAL

ENTERED

JAN 25 1999

Based upon the reasons set forth in the Court's Minute Order dated 1/19/99 , which is incorporated herein;

[The Court having been advised by counsel for the parties that the above-entitled action has been dismissed;]

IT IS ORDERED that this action be and is hereby dismissed in its entirety [with] [without] prejudice.

DATED: 1-20-99

_____
LINDA H. McLAUGHLIN
UNITED STATES DISTRICT JUDGE

SA CV 98-961-LHM

copies to:

Michael H. Artan
445 S. Figueroa Street
Ste 3215
Los Angeles, CA  90071-1603

AUSA Lawrence E. Kole
Room 7516, Federal Bldg.
300 North Los Angeles Street
Los Angeles, CA  90012